**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6565**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

RONALD EUSTACH, a/k/a Tony Stracan,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  Cameron McGowan Currie, District Judge.  (4:00-cr-00067-CMC-2)

_____

Submitted: September 10, 2009    Decided: September 14, 2009

_____

Before KING, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Eustach, Appellant Pro Se. Alfred W. Bethea, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Eustach appeals the district court's order granting in part and denying in part his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Eustach, No. 4:00-cr-00067-CMC-2 (D.S.C. Mar. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED